Art WALTERS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5114.

United States Court of Appeals, Federal Circuit.

May 24, 2010.

Art Walters, Atlantic City, NJ, pro se.

Karen Goff, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Michelle D. CONNELL, and Hi–Tech Beds Systems, Corporation, Plaintiffs–Appellants,

v.

KLN STEEL PRODUCTS COMPANY, LTD. (doing business as KLN Steel Products Company, Ltd.), and Clark/Blinderman/Knight, LLC, Defendants–Appellees,

and

Department of the Navy, Defendant–Appellee.

No. 2009–1512.

United States Court of Appeals, Federal Circuit.

May 27, 2010.

James K. Borcia, Tressler, Soderstrom, Maloney, Chicago, IL, for Plaintiffs–Appellants.

James J. O'Hagan, O'Hagan Spencer, LLC, Chicago, IL, for Defendants–Appellees.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).